IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLES BYRD,<br><br>   Defendant. | Case No. 13-3031 JSC<br><br>**AMENDED ORDER GRANTING IN FORMA PAUPERIS (Dkt. No. 3)** |

Before the Court is Defendant's Application to Proceed In Forma Pauperis. (Dkt. No. 3). Having considered the application and complaint, the Court hereby GRANTS Defendant's application.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE