United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP,<br><br>           Plaintiff,<br><br>   v.<br><br>CHARLES BYRD,<br><br>           Defendant. | Case No. 13-3031 JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR REMAND (Dkt. No. 11)** |

Now pending before the Court is Plaintiff's Motion for Remand filed July 30, 2013. (Dkt. No. 11.) The matter is set for hearing on September 12, 2013 and briefing was supposed to be complete on August 20, 2013. Without explanation, Plaintiff filed an untimely reply brief yesterday, September 3, 2013. (Dkt. No. 18.) To allow the Court the opportunity to consider the matters raised therein, the hearing on Plaintiff's motion is reset for September 19, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE