IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY HOUSING PARTNERSHIP,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES BYRD,<br><br>    Defendant. | Case No. 13-3031 JSC<br><br>**ORDER RE: DEFENDANT'S SUPPLEMENTAL BRIEF IN OPPOSITION TO REMAND (Dkt. No. 22)** |

At the hearing on Plaintiff's Motion to Remand (Dkt. No. 11) on September 19, 2013, Defendant was granted leave to submit supplemental briefing in support of his argument regarding federal enclave jurisdiction. (Dkt. No. 21.) Defendant has filed his supplemental brief, but seeks an extension through October 3, 2013 to locate proof that the United States accepted cession of jurisdiction over Treasure Island from the State of California. (Dkt. No. 22.) Defendant's request for an extension is GRANTED. Defendant has until October 3, 2013 to supplement the record with this evidence. Plaintiff may file a supplemental response by October 10, 2013.

No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE